UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**Ryea Bruske**
**Tamsyn Bruske**

**On behalf of Themselves and**
**all others similarly situated**

    **Plaintiffs**

    v.    Case No. 19-CV-851

**Capitol Watertown Sprechers, LLC et al.**

    **Defendants.**

**JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**
**AND APPROVAL OF COLLECTIVE NOTICE**

The parties, by their attorneys, hereby jointly move the Court to grant preliminary approval to the parties' settlement agreement that is attached to this motion as Exhibit 1; and to authorize the parties to mail to all persons who have already opted into this lawsuit, with the exception of the two Named Plaintiffs who have signed the settlement agreement, the Notice of Settlement that is attached to this motion as Exhibit 2. This motion is supported by the attached memorandum of law, the portions of the record referenced by said memorandum of law, and the Declaration of Yingtao Ho.

The parties therefore respectfully request the Court to enter an order that:

(1) Grants preliminary approval of the Parties' Settlement Agreement and Release of Claims (the "Agreement"), subject only to any objections of opt-ins who are participating in the proposed settlement and final review by the Court;

(2) Approves the form and content of the Notice of Settlement that is attached as Exhibit 2 to this Motion;

(3) Authorizes Plaintiffs' counsel to mail by first class U.S. mail to all opt-ins the Notice of Settlement;

(4) Orders that to be timely, all objections to the Agreement must be post-marked no later than 30 days after the Notice of Settlement was mailed to the opt-in;

(5) Sets a date and time for the Final Approval Hearing that is no earlier than 60 days after the date that the Court grants preliminary approval to the parties' Agreement and authorizes the mailing of the Notice of Settlement;

(6) Orders that the parties shall file their Joint Motion for Final Approval, and that Plaintiffs' counsel shall file the Petition for Attorneys' Fees and Class Representative Incentive Awards no later than 14 days in advance of the date for the Final Approval Hearing.

Respectfully submitted this 9th day of March, 2022.

THE PREVIANT LAW FIRM, S.C.
Attorneys for Plaintiffs Ryea Bruske and Tamsyn Bruske

By: /s/Yingtao Ho
Yingtao Ho
State Bar No. 1045418
yh@previant.com
310 West Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53203
Telephone: (414) 271-2500
Fax: (414) 271-6308

BECK, CHAET, BAMBERGER & POLSKY, S.C.
Attorneys for Defendant Capitol Watertown Sprechers, LLC

By: /s/ Matthew S. Vignali
Matthew S. Vignali
State Bar No. 1023288
mvignali@bcblaw.net
Barry L. Chaet
State Bar No. 1001405
bchaet@bcblaw.net
330 East Kilbourn Avenue, Suite 1085
Milwaukee, WI 53202
Phone: 414-273-4200
Fax: 414-273-7786