UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**Ryea Bruske**
**Tamsyn Bruske**

**On behalf of Themselves and**
**all others similarly situated**

    **Plaintiffs**

    v.                                                                                     Case No. 19-CV-851

**Capitol Watertown Sprechers, LLC et al.**

    **Defendants.**

**JOINT MOTION FOR FINAL SETTLEMENT APPROVAL**

The parties, by their attorneys, hereby move the Court to enter an order that:

1. Grants final approval to the parties' settlement agreement as a fair, reasonable, and adequate resolution of the parties' dispute;

2. Grants approval to the parties' proposed allocation of payouts to Named Plaintiffs and collective members;

3. Dismisses the Complaint with prejudice, and

4. Retains jurisdiction with respect to the implementation and enforcement of the terms of the Settlement Agreement.

This motion is supported by the Declaration of Yingtao Ho and exhibits attached thereto, a Memorandum of Law, and the portions of the docket for this case cited by the Memorandum of Law.

1

Dated this 12th day of May, 2023.

**THE PREVIANT LAW FIRM S.C.**

By: /s/Yingtao Ho_____
Yingtao Ho (SBN 1045418)
Attorney for Plaintiffs
310 West Wisconsin Ave. Suite 100MW
Milwaukee, WI 53202
414-271-4500 (Telephone)
414-271-6308 (Fax)
Email: yh@previant.com

**ATTORNEYS FOR PLAINTIFFS**

Dated this 12th day of May, 2023.

**BECK, CHAET, BAMBERGER & POLSKY, S.C.**

By: /s/ Matthew S. Vignali_____
Matthew S. Vignali (SBN 1023288)
Barry L. Chaet (SBN 1001405)
330 E. Kilbourn Avenue, Ste. 1085
Milwaukee, WI 53202
414-390-5926 (Telephone)
414-273-7786 (Fax)
Email: mvignali@bcblaw.net
Email: bchaet@bcblaw.net

**ATTORNEYS FOR DEFENDANTS**