UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Ryea Bruske
Tamsyn Bruske

On behalf of Themselves and
all others similarly situated

    Plaintiffs

    v.                                                Case No. 19-CV-851

Capitol Watertown Sprechers, LLC et al.

    Defendants.

---

### FINAL APPROVAL ORDER

---

The court, having considered the submissions of the parties, and having conducted a fairness hearing on May 19, 2023, finds as follows:

1. The parties' Settlement Agreement (dkt. #124-1) is a fair, reasonable, and adequate resolution of the parties' dispute, and it will grant final approval to the parties' settlement agreement.

2. The parties' proposed allocation of payouts to Named Plaintiffs and Collective Members is consistent with the Settlement Agreement.

3. The proposed attorneys' fees and costs of $38,213.94 to the Previant Law Firm S.C. and class representative incentive awards of $750 each to Ryea Bruske and Tamsyn Bruske are reasonable.

Accordingly,

1

ORDER

IT IS ORDERED THAT:

1. Defendants shall make payments in the amounts specified in the Proposed Allocation Table (dkt. #134-1), plus the attorneys' fees, costs, and class representative incentive awards in the amounts approved, by the deadline specified in that Settlement Agreement.

2. The Second Amended Complaint, all claims of the Named Plaintiffs and Collective Members and all of their released claims are DISMISSED with prejudice on the merits and without costs. In light of the Notices given to the Collective Members, the Named Plaintiffs and Collective Members are also bound by the terms of the Settlement Agreement.

3. This court will retain jurisdiction with respect to the implementation and enforcement of the terms of the Settlement Agreement.

Dated this 19th day of May, 2023.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge